PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Wesley A. McClinton **Case Number:** 1:00CR00029-01ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** July 26, 2000

**Original Offense:** Count I: Distribution of Cocaine Base, a Class C felony and Counts II - III: Distribution of Cocaine Base, a Class B felony.

**Original Sentence:** Forty-six months incarceration, three years supervised release and a $300 special assessment. As a special condition of supervision, the offender shall participate in a substance abuse program which shall be monitored and approved by the U.S. Probation Department.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** November 26, 2002

**Assistant U.S. Attorney:** Zechariah Chafee **Defense Attorney:** Edward C. Roy

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** March 31, 2005

**Violation Offense(s):** Violation #1: The defendant shall refrain from any unlawful use of a controlled substance; Violations #2 & #3: he shall not leave the judicial district without the permission of the Court or the probation officer; Violation #4: he shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer; Violation #5: he shall participate in a substance abuse program which shall be monitored and approved by the U.S. Probation Department; Violation #6: he shall support his or her dependents and meet other family responsibilities; Violation #7: he shall notify the probation officer at least ten days prior to any change in residence or employment; Violation #8: he shall not frequent places where controlled substances are illegally sold, used, distributed, or administered; Violation #9: he shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer; Violation #10: he shall submit truthful and complete written reports within the first five days of each month.

**Violation Sentence:** Twenty days incarceration, and thirty-five months supervised release with a special condition that the offender spend no more than six months in community confinement. Further, as special conditions of supervised release, Mr. McClinton must maintain full-time employment, complete ten hours of community service for each week unemployed, participate in a psychiatric evaluation and participate in an inpatient or outpatient substance abuse treatment as approved by the U.S. Probation Department.

**Date Supervision Recommenced:** April 1, 2005

---

**PETITIONING THE COURT**

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Condition Violated** | **Nature of Noncompliance** |
|---|---|
| **Condition # 2** | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**<br><br>Mr. McClinton failed to submit his April 2005, May 2005, June 2005, July 2005, August 2005, September 2005, October 2005, November 2005 and December 2005, monthly supervision reports in a timely fashion as directed by USPO Borrelli on April 8, 2005. |
| **Condition # 3** | **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**<br><br>Mr. McClinton has failed to report to the U.S. Probation Department on December 5, 2005, as directed by USPO Borrelli on December 2, 2005. |
| **Condition # 3** | **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**<br><br>Mr. McClinton failed to report to the U.S. Probation Department on December 8, 2005, as directed by USPO Borrelli on December 5, 2005, December 6, 2005, and December 7, 2005. |
| **Condition # 3** | **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**<br><br>Mr. McClinton has failed to contact the voice mail of USPO Borrelli on January 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, and 18, 2005, as directed by USPO Borrelli on January 4, 2006. |
| **Condition # 3** | **"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**<br><br>Mr. McClinton failed to provide a copy of his work schedule immediately as directed by USPO Borrelli on January 6, 2006. |

**Special Condition** **"The defendant shall participate in an outpatient program approved by the Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol."**

On November 30, 2005, Mr. McClinton was discharged from Fresh Start Recovery Coalition, Inc., a residential sober house, after he failed to comply with program rules and regulations.

**Condition # 6** **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**

Mr. McClinton failed to notify USPO Borrelli that he moved from 214 Commercial Street, Suite 104, Malden, Massachusetts to 160 Washington, Street, Malden, Massachusetts until December 2, 2005.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 1/20/06

I declare under the penalty of perjury that the foregoing is true and correct:

David S. Borrelli
U.S. Probation Officer

Date: 1/20/06

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable Mary M. Lisi
U.S. District Judge

January 23, 2006
Date